JAMES J. WALDORF (SBN 38297)
KATHRYN E. VAN HOUTEN (143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 00-05175 |
|---|---|
| Plaintiff, | DEFAULT JUDGMENT |
| vs. | |
| MARILYN THOMASSEN aka MARILYN R. THOMASSEN, | |
| Defendant. | |

In the above-entitled action, the Clerk of this Court having entered on 3/14/02, a default against Defendant, MARILYN THOMASSEN aka MARILYN R. THOMASSEN for failure to respond or appear, and a declaration on behalf of Plaintiff having been filed satisfying the requirements of Rule 55:

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant MARILYN THOMASSEN aka MARILYN R. THOMASSEN, as to claim one, the sum of $765.00 in principal, $726.79 in accrued prejudgment interest through March 5, 2002, with interest accruing from March 5, 2002 at the rate of 5.000% per annum ($.10 per day) until entry of judgment, with interest thereafter at the legal rate, $00.00 in administration charges, $190.00 in costs, less debtor payments of $.00, for a total of $1681.79.

1

1  IT IS ADJUDGED that Plaintiff, United States of America, shall have and
2  recover from Defendant MARILYN THOMASSEN aka MARILYN R.
3  THOMASSEN , as to claim two, the sum of $23,429.04 in principal, $15,053.42 in
4  accrued prejudgment interest through March 5, 2002, with interest accruing from
5  March 5, 2002 at the rate of 7.000% per annum ($4.49 per day) until entry of
6  judgment, with interest thereafter at the legal rate, $00.00 in administration charges,
7  less debtor payments of $.00, for a total of $38,482.46.

8  IT IS ADJUDGED that Plaintiff, United States of America, shall have and
9  recover from Defendant MARILYN THOMASSEN aka MARILYN R.
10 THOMASSEN , as to claim three, the sum of $3,295.91 in principal, $6,388.16 in
11 accrued prejudgment interest through March 5, 2002, with interest accruing from
12 March 5, 2002 at the rate of 12.000% per annum ($1.08 per day) until entry of
13 judgment, with interest thereafter at the legal rate, $00.00 in administration charges,
14 less debtor payments of $.00, for a total of $9,684.07.

15 IT IS FURTHER ADJUDGED that Plaintiff, United States of America, shall
16 have and recover from Defendant, MARILYN THOMASSEN aka MARILYN R.
17 THOMASSEN , attorney's fees pursuant to Local Rule 55-4 of $1349.40.

18 The total judgment of all claims including attorney's fees is **$51,197.72.**

SHERRI R. CARTER, CLERK
U.S. District Court
Central District of California

DATED: MAR 14 2002

By: *Sharon Hall Brown*
SHARON HALL-BROWN
Deputy Clerk

2