**RECORDING REQUESTED BY:**
IRSFELD, IRSFELD & YOUNGER LLP

**COUNTY:** ORANGE

**WHEN RECORDED MAIL TO:**
IRSFELD, IRSFELD & YOUNGER LLP
100 W. BROADWAY, STE. 920
GLENDALE, CA 91210



# ABSTRACT OF JUDGMENT

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. §6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Name and address of Parties against whom judgments have, been obtained | Names of Parties in whose favor judgments have been obtained |
|---|---|
| MARILYN THOMASSEN, AKA<br>MARILYN R. THOMASSEN<br>21612 KANEOHE LANE<br>HUNTINGTON BEACH, CA 92646<br><br>SSN:  XXX-XX-3446<br><br>Driver's License No. is Unknown<br>No Stay of Enforcement by Court | UNITED STATES OF AMERICA<br><br>CASE NO.:CV-00-05175<br><br>CDCS NO.: 1999B08388 |

| Amount of Judgment | Names of Creditor's Attorneys | When Docketed |
|---|---|---|
| $27,489.95 (PRINC)<br>$22,168.37 (INT)<br>　1,349.40 (ATTY FEES)<br>　　190.00 (COSTS)<br>　　　0.00 (ADMN CHRG)<br>　　　0.00 (PNLTY)<br>　　　0.00 (LESS PYMTS)<br>$ 51,197.72  TOTAL | KATHRYN E. VAN HOUTEN<br>IRSFELD, IRSFELD & YOUNGER LLP<br>100 W. Broadway, Ste. 920<br>Glendale, CA 91210<br>(818) 242-6859 | March 14, 2002 |

UNITED STATES OF AMERICA          CLERK'S OFFICE     U.S. DISTRICT COURT FOR THE
                                                     CENTRAL DISTRICT OF CALIFORNIA

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

[City] LOS ANGELES  [Date] May 2, 2016

KIRY K. GRAY, Clerk

By _____ Deputy Clerk.